# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **MITZI ASKINS, ROBERT RUCKER,** and **MARVIN SUTTER,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) Case No. 09-CV-2202 |
| **ZACHRY INDUSTRIAL, INC.,** and **KIM KENEIPP,** | ) ) ) ) |
| **Defendants.** | ) ) |

## ORDER

A Report and Recommendation (#27) was filed by the Magistrate Judge in the above cause on February 12, 2010. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#27) is accepted by this court.

(2) Defendants' Motion to Dismiss (#15) is GRANTED. All other pending motions (#21, #23, #25) are DENIED as MOOT.

(3) This case is terminated.

ENTERED this 3rd day of March, 2010

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE